# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

AUSTIN RUSSELL                                                                                        PLAINTIFF

v.                                        No. 3:14CV00154-JLH-JJV

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, the decision of the Commissioner of the Social Security Administration denying Austin Russell's application for Social Security disability benefits is affirmed. Austin Russell's complaint is dismissed with prejudice.

IT IS SO ORDERED this 12th day of June, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE